AUSA: Susan Fairchild Telephone: (313) 226-9577

AO 91 (Rev. 11/11) Criminal Complaint Officer: Elizabeth Posler Telephone: (313) 798-3024

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Oscar ROMERO NEZ

Case: 2:26−mj−30660
Assigned To : Unassigned
Assign. Date : 10/20/2026
Description: USA v Romero Nez (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 8, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Elizabeth Posler, ICE - Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: October 20, 2026

[signature]
*Judge's signature*

City and state: Detroit, MI

Hon. Kimberly Altman, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Elizabeth Posler, declared the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE) of the United States Department of Homeland Security (DHS), having served with ICE as a Deportation Officer since December 13, 2025.

2. The information set forth below is for the limited purpose of establishing probable cause. Therefore, this affidavit does not necessarily contain all the information collected during my investigation.

3. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law enforcement databases. I have also reviewed relevant immigration records relating to Oscar ROMERO-NEZ, which reveal the following:

4. Oscar ROMERO-NEZ is a twenty-five-year-old citizen and native of Guatemala who last entered the United States on an unknown date, at an unknown place, without inspection by the U.S. Department of Homeland Security.

5. On or about April 26, 2017, the United States Border Patrol encountered ROMERO-NEZ near San Luis, Arizona as an unaccompanied minor. ROMERO-NEZ was arrested and issued a Notice to Appear.

6. On or about July 19, 2021, ROMERO-NEZ was arrested by Madison County Sheriff's Department, Missouri, for Assault/Domestic Violence, a misdemeanor. The case is still pending.

7. On or about November 27, 2019, ROMERO-NEZ was ordered removed by an Immigration Judge in Louisiana.

8. On or about December 12, 2019, ROMERO-NEZ was removed from the United States to Guatemala through the Alexandria, Louisiana, Port of Entry.

9. On or about April 28, 2021, ROMERO-NEZ, was arrested by Bank's County Sheriff's Department, Georgia, for driving without a license. The case was dismissed on April 29, 2024.

10. On or about January 23, 2023, ROMERO-NEZ was arrested by Clayton County Police Department, Georgia, for driving without a valid license. A warrant was issued for ROMERO-NEZ's arrest.

11. On or about May 27, 2024, ROMERO-NEZ was arrested by Cartersville Georgia State Patrol for driving without a license. He was convicted and served 48 hours of confinement; 80 hours of community service and $185 fine.

12. On June 03, 2024, ROMERO-NEZ was arrested by Clayton County Sheriff's Office, Georgia, for a failure to appear to be fingerprinted.

13. On or about October 08, 2026, ROMERO-NEZ was arrested by Immigration and Customs Enforcement, Enforcement and Removal Operations officers in Detroit, Michigan, during a vehicle stop. Four persons were in the vehicle. Officers positively identified ROMERO-NEZ as the passenger of the vehicle. After determining that ROMERO-NEZ was in the United States illegally, officers detained ROMERO-NEZ and transported him to the Detroit Field Office for processing.

14. After confirming through immigration data base inquiries that ROMERO-NEZ had been previously removed from the United States, his prior order of removal was reinstated.

15. The aforementioned arrest and subsequent detention was administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225,1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who are reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

16. Review of the alien file (A# XXX XXX 489) for ROMERO-NEZ, and queries in U.S. Border Patrol computer databases confirm no record exists of ROMERO-NEZ obtaining the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto following his removal on December 12, 2019.

17. Based on the above information, I believe there is probable cause to conclude that ROMERO-NEZ, is an alien who on October 8, 2026, was found in the United States after being removed on December 12, 2019, without obtaining the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States, in violation of Title 8 U.S.C. § 1326(a).

Elizabeth Posler, Deportation Officer
Immigration and Customs Enforcement

Sworn to before me and signed in my presence and/or by reliable electronic means.

Hon. Kimberly G. Altman
United States Magistrate Judge

October 20, 2026